FILED
HARRISBURG, PA
AUG 07 2019
PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:19-CR-241 |
| | ) | |
| v. | ) | (Chief JUDGE Conner) |
| | ) | |
| MARROQUIN DOMINGO-FELIPE | ) | (electronically filed) |

INDICTMENT

THE GRAND JURY CHARGES:

COUNT I
(Illegal Reentry)

On or about July 23, 2019, in Franklin County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

MARROQUIN DOMINGO-FELIPE,

an alien, was found in the United States after having been removed on or about June 9, 2009, through Phoenix, AZ, without first having obtained permission to re-enter the United States as required by law.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(1) and Title 6, United States Code, Sections 202(3) and (4) and 557.

A TRUE BILL

~~[signature redacted]~~
FOREPERSON, GRAND JURY

8/7/19
DATE

DAVID J. FREED
UNITED STATES ATTORNEY

[signature]
JOANNE M. SANDERSON
ASSISTANT U.S. ATTORNEY